**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Tampa Division**

**CASE NO. 8:23-cv-01962-CEH-CPT**

SALLY LETTERS,

     Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,
and WELLS FARGO BANK, N.A.

     Defendants.

_____ /

**DEFENDANT JPMORGAN CHASE BANK'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME TO**
**RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b) and M.D. Fla. L.R. 3.01(a), Defendant

JPMorgan Chase Bank, N.A. ("Chase") moves for an extension of time, through and

including February 19, 2024, for it to respond to the First Amended Complaint. In

support, Chase states:

1.     On August 31, 2023, Plaintiff filed a 49 page Complaint, containing 242

paragraphs and 15 counts.

2.     Chase filed its Motion to Dismiss the Complaint on December 11, 2023.

3.     In response, Plaintiff filed her Plaintiff's Motion for Leave to File the

First Amended Complaint. The Court granted Plaintiff's Motion for Leave to File the

Homer Bonner Jacobs Ortiz, P.A.
1200 Four Seasons Tower | 1441 Brickell Avenue | Miami Florida 33131
305 350 5100 | www.homerbonner.com

First Amended Complaint, and on January 15, 2024, Plaintiff filed her First Amended Complaint containing 39 pages, 193 paragraphs, and 10 counts.

4.      Currently, Chase's response to the First Amended Complaint is due on January 29, 2024.

5.      Chase needs additional time to review the allegations of the First Amended Complaint to formulate a proper response. As such, Chase seeks an additional 21 days, until February 19, 2024, to respond.

6.      Plaintiff does not object to the extension of time.

7.      Chase shows good cause for the requested extension, which will not prejudice any party or the Court. This case is not set for trial and is at its beginning stages, so the requested extension will not affect any critical deadlines.

8.      The Court has discretion to grant the requested extension of time for cause shown. *See* Fed. R. Civ. P. 6(b).

9.      Pursuant to Local Rule 3.01(f), no proposed order on this motion is being filed with this motion.

WHEREFORE, Defendant JPMorgan Chase Bank, N.A. respectfully requests that the Court grant this motion, grant Chase an extension through and including February 19, 2024 to respond to the First Amended Complaint, and grant any additional relief that the Court deems proper.

Homer Bonner Jacobs Ortiz, P.A.
1200 Four Seasons Tower | 1441 Brickell Avenue | Miami Florida 33131
305 350 5100 | www.homerbonner.com

## Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), I hereby certify that I have conferred with all parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in this motion. Counsel for Plaintiff has advised that he does not oppose the extension sought in this motion.

Date: January 26, 2024.

Respectfully submitted:

Homer Bonner Jacobs Ortiz, P.A.

Attorneys for Defendant JPMorgan
Chase Bank, N.A.
1200 Four Seasons Tower
1441 Brickell Avenue
Miami Florida 33131
Phone: (305) 350-5100
Fax: (305) 372-2738

By:   /s/ *Anthony M. Diblasi*
       Jose A. Ortiz, Esq.
       Email: jortiz@homerbonner.com
       Florida Bar No. 182321
       Anthony M. Diblasi, Esq.
       Email: adiblasi@homerbonner.com
       Florida Bar No.: 117681

Homer Bonner Jacobs Ortiz, P.A.
1200 Four Seasons Tower | 1441 Brickell Avenue | Miami Florida 33131
305 350 5100 | www.homerbonner.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 26, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By:    /s/ *Anthony M. Diblasi*

Anthony M. Diblasi

4

Homeʀ Bonneʀ Jacobs Ortiz, P.A.
1200 Four Seasons Tower | 1441 Brickell Avenue | Miami Florida 33131
305 350 5100 | www.homerbonner.com
